AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) |
| v. | ) |
| Teyo Quezada | ) Case No. **22 MJ 590** |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 6, 2022__ in the county of __San Juan__ in the
_____ District of __New Mexico__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(A) | Possession with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine; and |
| 18 U.S.C. § 924(c)(1)(A)(i) | Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime, and Possessing a Firearm in Furtherance of Such Crime. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Wacey Cotant, FBI Task Force Officer
*Printed name and title*

Telephonically sworn and electronically signed.

Date: April 12, 2022

City and state: Albuquerque, New Mexico

_____
*Judge's signature*

Laura Fashing, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Wacey Cotant, Task Force Officer with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

This Affidavit is made in support of the issuance of a criminal complaint charging **Teyo Quezada** ("**Quezada**") with the following violations: (1) 21 U.S.C. §§ 841(a)(1) and (b)(l)(A), that being Distribution of 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine; and (2) 18 U.S.C. § 924(c)(1)(A)(i), that being Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime, and Possessing a Firearm in Furtherance of Such Crime.

The facts set forth in this affidavit are known to me as a result of my investigation, interviews with other agents and law enforcement officers, and a review of photographs and the results of physical surveillance. These facts are not all of the facts known to me related to this investigation, but rather only those that are essential to establish probable cause to charge Quezada.

I have been a Task Force Officer with the FBI since December 2021. As such, I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations and to make arrests for criminal offenses, to include those enumerated in 18 U.S.C. § 2516.

## PROBABLE CAUSE

On April 6, 2022, Region II Narcotics Task Force ("RII")[1] officers executed a state search warrant for Teyo Quezada's residence, where he lived with his girlfriend, Arrica Yarborough ("Yarborough"). The residence is located at 517 Shirley Street in Bloomfield, New Mexico, within San Juan County and the District of New Mexico. Prior to April 6, 2022, Officers confirmed that Quezada resided at 517 Shirley Street through hours of surveillance. After arriving at the residence, officers quickly took Quezada and Yarborough into custody on separate, unrelated active warrants. They then secured the residence, its curtilage, and the vehicles located in the driveway to conduct the search.

Residence Search

Officers then executed the search warrant on the residence. They found a large variety of drugs and firearms in various locations throughout the residence.

- Within a large black safe near the laundry room, officers located:

    o 4,150 grams (gross weight) of suspected methamphetamine, which field tested positive for methamphetamine. This amount is consistent with distribution rather than personal use;

---

[1] The RII is composed of law enforcement officers from the Farmington Police Department and the San Juan County Sherriff's Office. It is designed to enforce New Mexico law related to drugs and firearms.

- o 855 grams (gross weight) of blue pills, suspected to contain fentanyl;[2]

    o A black Taurus G2C semiautomatic pistol (Serial Number TLY17639), chambered in 9mm and loaded with rounds inside a drum magazine.

    o A black Glock semiautomatic pistol (Serial Number RMS639), chambered in .45 auto and loaded with a round in the chamber.

    o A pink camouflage Ruger semiautomatic handgun (Serial Number 380245024), chambered in .380 auto, with a loaded magazine.

- Within a small sentry safe near the laundry room, officers located:

    o A black Taurus Ultralight revolver (Serial Number LY30664), chambered in .38 special and loaded with five rounds of ammunition. Officers ran the serial number for this firearm through NCIC, which indicated that the firearm was reported stolen in Colorado;

    o a black and tan Kimber Micro 9 semiautomatic pistol (Serial Number PB0050883), chambered in 9mm and unloaded;

    o 22.4 grams (gross weight) of black tar heroin. This substance field tested positive for heroin;

    o 15 grams (gross weight) of suspected fentanyl pills;

    o 13 orange pills, suspected to contain fentanyl; and

    o $18,931.00 in U.S. currency.

- Within and on the living room table, officers located:

    o An unloaded silver Robinhood .22 caliber revolver, which appeared to be a functioning firearm. Officers could not locate any serial number on this revolver;

    o 5.2 grams (gross weight) of suspected methamphetamine, which field tested positive for methamphetamine;

    o 4.5 grams (gross weight) of suspected psilocybin mushrooms;.

    o 1.2 grams (TGW) of suspected black tar heroin; and

    o a working digital scale.

---

[2] No field test kit for fentanyl was available, so the suspected fentanyl has not been included in the complaint as the basis for additional charges. The suspected fentanyl (along with the other drugs seized) has been logged into evidence and will be submitted to the laboratory for testing.

- In the master bedroom and bathroom, officers located:

    - 64.9 grams (gross weight) of suspected methamphetamine, which field tested positive for methamphetamine;

    - A black and silver Kimber .45 semiautomatic handgun (Serial Number K747283), loaded with one round in the chamber.

- Throughout the residence, officers found a total of approximately 2,019 rounds of ammunition. This amount includes the ammunition mentioned above.

All of the seized suspected controlled substances will be sent to laboratories for testing and storage.

Officers transported Quezada to the San Juan County Adult Detention Center in Farmington, New Mexico on April 6, 2022. On Quezada's booking form, he listed his address as 517 Shirley Street in Bloomfield, New Mexico. Officers also listened to Quezada's recorded telephone calls from the San Juan County Adult Detention Center, during which he identified the house officers searched as his home.

Based on the aforementioned information, I believe there exists probable cause to charge Quezada with: (1) 21 U.S.C. §§ 841(a)(1) and (b)(l)(A), that being Distribution of 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine; and (2) 18 U.S.C. § 924(c)(1)(A)(i), that being Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime, and Possessing a Firearm in Furtherance of Such Crime.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

WACEY COTANT
Task Force Officer
Federal Bureau of Investigation

Electronically submitted and telephonically sworn before me on this, the 12th day of April, 2022

Laura Fashing
United States Magistrate Judge
District of New Mexico

3